UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

BILLIE BURNSED,

    Plaintiff,

vs.          CASE NO.: 6:11-cv-1826-Orl-36DAB

HUDSON'S FURNITURE SHOWROOM, INC.,

    Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a), Fed. R. Civ. P., the parties in the above-styled action stipulate to dismissal of claims which were brought or could have been brought in this action in their entirety with prejudice with each party to bear her or its own costs and attorney's fees in this action.

Respectfully submitted this 6th day of March, 2012.

| | |
|---|---|
| /s/ Barbra R. Joyner, Esq. | /s/Derrick M. Valkenburg |
| Barbra R. Joyner, Esq. | BART R. VALDES |
| Florida Bar No. 141348 | Florida Bar Number 323380 |
| Law Office of Barbra R. Joyner, P.A. | DERRICK M. VALKENBURG |
| 1470 E. Michigan St. | Florida Bar Number 11468 |
| Orlando, FL 32806 | de Beaubien, Knight, Simmons, |
| Phone (407) 481-7997 |   Mantzaris & Neal, L.L.P. |
| Fax (407) 481-7986 | 609 W. Horatio Street |
| Attorney for Plaintiff | Tampa, Florida 33606 |
| | Telephone: (813)251-5825 |
| | Facsimile: (813)254-1063 |
| | brv11@dbksmn.com |
| | dmv5@dbksmn.com |
| | Attorneys for Defendant |